**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, DENNIS MYRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE NO. 6:06-mj-00127-WMW, |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| ) | UNTIL SEPTEMBER 12, 2006 |
| vs ) | |
| DENNIS MYRES, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the Defendant, DENNIS MYRES, his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government, ELIZABETH WALDOW, that the Status Conference in the above-captioned matter currently scheduled for August 22, 2006, at 10:00 a.m. be continued until September 12, 2006 at 10:00 a.m.

Dated: August 16, 2006

By:  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
DENNIS MYRES

Dated: August 16, 2006

By:  /s/ Elizabeth Waldow
Elizabeth Waldow
Legal Officer for
United States Government

1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

1 * * *PROPOSED ORDER * * *

2 The Court, having reviewed the above request for a Continuance of Status Conference

3 until September 12, 2006 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

4    1.   The Status Conference Hearing for Defendant, DENNIS MYRES, shall be

5       continued to September 12, 2006 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:**   **August 18, 2006**     /s/ **William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE